## Donnelly v. The Pittsburg, Shawmut & Northern Railroad Company, Appellant.

Argued Nov. 2, 1901. Appeal, No. 135, Oct. T., 1901, by defendant, from judgment of C. P. McKean Co., Dec. T., 1899, No. 193, on verdict for plaintiff in case of James Donnelly v. Pittsburg, Shawmut & Northern Railroad Company. Before RICE, P. J., BEAVER, ORLADY, W. W. PORTER and W. D. PORTER, JJ. Affirmed.

OPINION BY ORLADY, J., February 14, 1902:

The questions raised on this appeal are considered and disposed of in John Hewitt v. The Pittsburg, Shawmut & Northern Railroad Company, and for the reasons given therein the judgment is affirmed.